114 P.3d 972

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Kekahuna .................................. 25648    06/17/2005    Affirmed
State v. Slepoy ................................... 26601    06/24/2005    Vacated & remanded
Llewellyn v. Llewellyn............................. 26366    06/30/2005    Affirmed